IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-3288

PROGRESSIVE EMPLOYER
SERVICES VI LLC,

        Appellant,

v.

STATE OF FLORIDA,
DEPARTMENT OF ECONOMIC
OPPORTUNITY c/o
DEPARTMENT OF REVENUE,

        Appellee.

_____/

Opinion filed May 10, 2016.

An appeal from an order of the Department of Economic Opportunity.

Brian M. Nugent of Holland & Hart LLP, Denver, CO, for Appellant.

Christina Arzillo Shideler, Assistant General Counsel, Department of Economic Opportunity, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

LEWIS, THOMAS, and MAKAR, JJ., CONCUR.